# United States Court of Appeals for the Fifth Circuit

No. 23-10321
Summary Calendar

United States Court of Appeals
Fifth Circuit

**FILED**
September 26, 2023

Lyle W. Cayce
Clerk

United States of America,

*Plaintiff—Appellee*,

*versus*

Kinnsley Charlieann Mathews,

*Defendant—Appellant*.

Appeal from the United States District Court
for the Northern District of Texas
USDC No. 5:22-CR-84-2

Before Willett, Duncan, and Douglas, *Circuit Judges*.

Per Curiam:*

The Federal Public Defender appointed to represent Kinnsley Charlieann Mathews has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738 (1967), and *United States v. Flores*, 632 F.3d 229 (5th Cir. 2011). Mathews has not filed a response. We have reviewed counsel's brief and the relevant portions of the record

---

* This opinion is not designated for publication. *See* 5th Cir. R. 47.5.

No. 23-10321

reflected therein.   We concur with counsel's assessment that the appeal presents no nonfrivolous issue for appellate review.  Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the appeal is DISMISSED.  *See* 5TH CIR. R. 42.2.